**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**James SNOOK, Respondent.**

Supreme Court of Pennsylvania.

June 5, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of June, 2009, the Petition for Allowance of Appeal is hereby DENIED. This Court's Order dated May 29, 2009, granting the Commonwealth's Emergency Application for Supersedeas is hereby VACATED.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Decorey PITTS, Petitioner.**

Supreme Court of Pennsylvania.

June 8, 2009.

---

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of June, 2009, the Petition for Allowance of Appeal is granted. Having determined that the PCRA petition as issue was timely filed, the Judgment of the Superior Court is vacated, and the matter is remanded to the Superior Court for disposition of the merits of the PCRA petition.[1]

**Sandra J. BASILE and Laura Clavin, Individually and On Behalf of All Others Similarly Situated, Appellees**

v.

**H & R BLOCK, INC.; H & R Block Eastern Tax Services, Inc., & Mellon Bank (DE) National Association, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 9, 2008.

Decided June 22, 2009.

---

1. Contrary to the findings below, the docket and certified stamped date on the Superior Court's Judgment Order disposing of this matter on direct appeal, No. 1781 EDA 2004, reveal that the Court affirmed the judgment of sentence on June 15, 2007, and not on June 15, 2006.